IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                              CRIMINAL NO. 4:09CR072-MPM-DAS

ERIC HUGGINS

MOTION FOR CONTINUANCE OF SENTENCING

COMES NOW the defendant, ERIC HUGGINS, by and through counsel, and respectfully moves for a continuance of the trial of this cause, and in support thereof would show unto the Court the following:

1. That Wayne Milner is the appointed attorney of record for the defendant, and this case is presently set for sentencing on September 30, 2010.

2. That the plea agreement contained the Defendant's agreement to cooperate with the Government regarding investigation of other matters or offenses of interest to the Government. The Government intended to interview the Defendant before sentencing but the agent assigned to this matter has been unable to do so because he is on sick leave.

3. The defendant respectfully submits that the ends of justice and judicial economy would best be served by postponement of sentencing to give the Government an opportunity to first interview the Defendant before sentencing. Sentencing has not previously been continued and the Government (AUSA Curtis Ivy) has no objection to the motion being requested.

WHEREFORE, PREMISES CONSIDERED, the defendant, ERIC HUGGINS, by and through counsel, respectfully requests that the sentencing of the Defendant in this cause be continued from September 30, 2010 until a later date to be set by the Court.

Respectfully submitted this the 29th day of September, 2010.

ERIC HUGGINS


By: */s/ Wayne Milner*
WAYNE MILNER

Wayne Milner, MSB # 3331
Attorney at Law
318 South State Street
Jackson, Mississippi 39201
Tel 601-948-8800
Fax 601-354-5461

CERTIFICATE OF SERVICE

I, Wayne Milner, do hereby certify that on the 29th day of September, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following: Assistant United States Attorney Curtis Ivy, Jr., Esq., at the Office of the United States Attorney for the Northern District of Mississippi, 900 Jefferson Avenue, Oxford, Mississippi 38655.