**RECEIVED**
MAR 21 2011
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

3-1-11

4:09CR 72-M-S

Dear Your Honor

I have a problem with my lawyer David Wayne Milner of 318 South State St. Jackson, MS I'm having a communication situation I wrote Judge Michael P. Mills about this and he have not respond to my letter that was on 2-3-11, what I'm tring to do is be appointed a new attorney, I have not seen or talked to him sinse March 2010 when I entered my plea of juilty it's almost been a year and I have not seen my P.S.I., I dont know what else to do, I just need a lawyer to get my P.S.I. and get me a court date.

If you can or can not help me please let me know and thanks for your time and effort

cc: Eric Huggins

Respectfully Submitted, Mr. E. Huggins

Eric Huggins
711 Jackson Ave.
Oxford, MS 38655

WARNING
Not responsible for letter content. Any enclosed money orders should be referred to your local post master before cashing.
CO. Detention Center

Judge David A. Sanders
911 Jackson Ave.
Oxford, MS 38655

RECEIVED
MAR 21 2011
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

38655 #3632